IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:20-CR-00267-01 |
| v. | (Chief Judge Brann) |
| ERNEST STONEBRAKER, | |
| Defendant. | |

### MOTION TO WITHDRAW PLEA

NOW, this 17th day of November 2021, the defendant in the above captioned case, in open court, moves the court to be permitted to withdraw his plea of NOT GUILTY and to enter a plea of GUILTY to Counts Nine and Twelve of the Superseding Indictment, filed on November 17, 2020.

_____
Defendant

_____
Defense Counsel

### ORDER

NOW, this 17th day of November 2021, the motion is **GRANTED**.

_____
Matthew W. Brann
Chief United States District Judge

NOW, this 17th day of November 2021, the defendant, Ernest Stonebraker, in open court enters his plea of **_GUILTY_** to Counts Nine and Twelve of the Superseding Indictment.

_____
Defendant

_____
Defense Counsel